IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** DePratto, Kathryn L

Printed: 12/10/08

Case Number: 05 B 43185
Judge: Hollis, Pamela S
Filed: 10/3/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: December 5, 2008
Confirmed: November 21, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 13,068.00 |  |
| Secured: |  | 352.75 |
| Unsecured: |  | 10,794.87 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,200.00 |
| Trustee Fee: |  | 720.38 |
| Other Funds: |  | 0.00 |
| Totals: | 13,068.00 | 13,068.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Schottler & Zukosky | Administrative | 1,200.00 | 1,200.00 |
| 2. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Home Mortgage | Secured | 352.75 | 352.75 |
| 4. | RoundUp Funding LLC | Unsecured | 1,215.03 | 2,682.61 |
| 5. | Jefferson Capital | Unsecured | 340.30 | 751.32 |
| 6. | World Financial Network Nat'l | Unsecured | 93.87 | 207.24 |
| 7. | Capital One | Unsecured | 555.60 | 1,226.56 |
| 8. | RoundUp Funding LLC | Unsecured | 958.56 | 2,116.09 |
| 9. | Capital One | Unsecured | 304.18 | 671.54 |
| 10. | Asset Acceptance | Unsecured | 1,422.00 | 3,139.51 |
| 11. | Schottler & Zukosky | Priority |  | No Claim Filed |
| 12. | Bank One | Unsecured |  | No Claim Filed |
| 13. | Medclr Inc | Unsecured |  | No Claim Filed |
| 14. | Medclr Inc | Unsecured |  | No Claim Filed |
| 15. | Nationwide Credit Service | Unsecured |  | No Claim Filed |
| 16. | Household Credit Services | Unsecured |  | No Claim Filed |
| 17. | Nations Recovery Center | Unsecured |  | No Claim Filed |
| 18. | Orchard Bank | Unsecured |  | No Claim Filed |
| 19. | NCO Financial Services Inc | Unsecured |  | No Claim Filed |
| 20. | Premier Bankcard | Unsecured |  | No Claim Filed |
| 21. | Retrieval Masters | Unsecured |  | No Claim Filed |
| 22. | Sprint PCS | Unsecured |  | No Claim Filed |
| 23. | Risk Management Alternatives | Unsecured |  | No Claim Filed |
|  |  |  | $ 6,442.29 | $ 12,347.62 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  DePratto, Kathryn L

Printed: 12/10/08

Case Number:  05 B 43185
Judge:  Hollis, Pamela S
Filed:  10/3/05

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 154.66 |
| 5% | 54.46 |
| 4.8% | 104.87 |
| 5.4% | 235.24 |
| 6.5% | 141.57 |
| 6.6% | 29.58 |
|  | $ 720.38 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

